# IN THE SUPREME COURT OF ALABAMA



December 19, 2025

**SC-2024-0414**

Rodney G. Englund, Dyann K. Englund, and Georgetown Contractors, LLC v. Dauphin Island Property Owners Association (Appeal from Mobile Circuit Court: CV-22-901826).

## CERTIFICATE OF JUDGMENT

WHEREAS, the ruling on the application for rehearing filed in this case and indicated below was entered in this cause on December 19, 2025:

**APPLICATION OVERRULED. NO OPINION.** Bryan, J. -- Stewart, C.J., and Shaw, Wise, Sellers, Mendheim, Cook, McCool, and Parker, JJ., concur.

WHEREAS, the above referenced cause has been duly submitted and considered by the Supreme Court of Alabama and the judgment indicated below was entered in this cause on August 29, 2025:

**REVERSED AND JUDGMENT RENDERED.** Bryan, J. -- Stewart, C.J., and Shaw, Wise, Sellers, Mendheim, McCool, and Lewis, JJ., concur. Cook, J., concurs specially, with opinion.

NOW, THEREFORE, pursuant to Rule 41, Ala. R. App. P., IT IS HEREBY ORDERED that this Court's judgment in this cause is certified on this date. IT IS FURTHER ORDERED that, unless otherwise ordered by this Court or agreed upon by the parties, the costs of this cause are hereby taxed as provided by Rule 35, Ala. R. App. P.

I, Megan B. Rhodebeck, certify that this is the record of the judgment of the Court, witness my hand and seal.

*Megan B. Rhodebeck*

**Clerk, Supreme Court of Alabama**